FILED IN
BUSINESS COURT OF TEXAS
BEVERLY CRUMLEY, CLERK
ENTERED

11/14/2025

CAUSE NO. 24-BC11A-0002

| | | |
|---|---|---|
| CITY CHOICE GROUP, LLC | § | IN THE STATE COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| TMC GRAND BLVD LAND COMPANY, | § | |
| LLC and BCEGI GRAND BLVD | § | |
| MANAGER, LLC | § | |
| *Defendants.* | § | 11TH BUSINESS COURT DIVISION |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/3/2025 8:01:47 AM
CHRISTOPHER A. PRINE
Clerk

## FINAL JUDGMENT

The Court, having issued its November 8, 2025 Memorandum Opinion ("Opinion") and after consultation with the Parties, enters this Final Judgment as follows:

1. Plaintiff/Counter-Defendant City Choice Group, LLC ("City Choice") shall take nothing by its claims and causes of action;

2. Defendant/Counter-Plaintiff/Third-Party Plaintiff TMC Grand Blvd Land Company, LLC ("TMC") is granted declaratory judgment as previously granted and addressed in the Opinion and in the Court's June 6, 2025 Order granting TMC's Motion for Partial Summary Judgment on Termination (filed January 28, 2025);

3. TMC is entitled to receipt of the Independent Consideration (as defined in the Opinion) upon this Final Judgment becoming final and non-appealable;

4. TMC's Application for Attorney's Fees (filed August 11, 2025) is granted and the Court accordingly finds TMC is entitled to its reasonable and necessary attorneys' fees against City Choice in the amount of $262,061.50 and further to $75,000 if City Choice unsuccessfully appeals this Final Judgment to the 15th Court of Appeals and to an additional $50,000 if City Choice unsuccessfully appeals to the Supreme Court of Texas.

This is a Final Judgment disposing of all claims and parties and is appealable. Any relief that is not expressly granted is denied.

IT IS SO ORDERED.

SIGNED on _____*Nov. 14*_____, 2025

_____
Hon. Sofia Adrogué
Texas Business Court, Eleventh Division

FINAL JUDGMENT

Page 1 of 1